UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                             Case Number: 14-13955 GMB

Debtor: Vanessa Palmer

| Check Number | Creditor | Amount |
|---|---|---|
| 1858040 | Ocwen Loan Servicing, LLC | 1208.28 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  September 10, 2014